**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BHUVANDEEP SINGH SETHI, | ) | NO. CV 19-4710-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERIFFS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 22, 2019.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE